# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marty K. Morton,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                               3:07cv360

Michael J. Astrue,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/20/2008 Order.

                                                  Signed: May 20, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court